# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINODH VASUDEVAN,<br><br>        Plaintiff,<br><br>v.<br><br>THE EXONE COMPANY, S. KENT ROCKWELL, JOHN HARTNER, JOHN IRVIN, GREGORY F. PASHKE, WILLIAM F. STROME, ROGER W. THILTGEN, BONNIE K. WACHTEL, and PAUL A. CAMUTI,<br><br>        Defendants. | Civil Action No. 1:21-cv-08679-LJL |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Vinodh Vasudevan hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 8, 2021

                                                                  Respectfully submitted,

                                                                   By: */s/ Joshua M. Lifshitz*
                                                                   Joshua M. Lifshitz
                                                                   Email: jml@jlclasslaw.com
                                                                   **LIFSHITZ LAW FIRM, P.C.**
                                                                   1190 Broadway
                                                                   Hewlett, New York 11557
                                                                   Telephone: (516) 493-9780
                                                                   Facsimile: (516) 280-7376

                                                                   *Attorneys for Plaintiff*